Fill in this information to identify the case:

Debtor 1: Steven Randolph Cureton

Debtor 2 (Spouse, if filing): Debbye Stevens Cureton

United States Bankruptcy Court for the: Middle District of North Carolina

Case number: 15-10494

## Official Form 410S1
## Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association as Trustee of SCIG Series III Trust

Court claim no. (if known): 11

Last 4 digits of any number you use to identify the debtor's account: 5 6 5 5

Date of payment change: Must be at least 21 days after date of this notice: 01/01/2020

New total payment: Principal, interest, and escrow, if any: $ 1,620.49

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 390.60        New escrow payment: $ 442.16

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %        New interest rate: _____ %

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

Debtor 1    Steven    Randolph    Cureton      Case number *(if known)* 15-10494
            First Name    Middle Name    Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _[signature]_      Date 12/11/19
Signature

Print:    Raymond      Valderrama      Title   AVP, Bankruptcy
       First Name    Middle Name    Last Name

Company   BSI Financial Services, servicing agent for US Bank Trust National Association

Address   7505 Irvine Center Drive, Suite 200
          Number    Street

          Irvine      CA    92618
          City      State    ZIP Code

Contact phone   (949) 679-6728      Email   Rvalderrama@bsifinancial.com



BSI Services

5_000_20191210_0000.TXT

314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

STEVEN R CURETON
DEBBYE S CURETON
4119 TELLMONT COURT
HIGH POINT        NC 27265

YOUR LOAN NUMBER:    '5655

DATE: 12/10/19

*** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - CORRECTION ***

```
PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING   01/20 THROUGH    12/20.
------- ANTICIPATED PAYMENTS FROM ESCROW -   01/20 THROUGH   12/20 -------
            HOMEOWNERS F/P              2175.75
            COUNTY TAX                  3130.24

            TOTAL PAYMENTS FROM ESCROW   5305.99

            MONTHLY PAYMENT TO ESCROW     442.16 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -    01/20 THROUGH   12/20---------
        -ANTICIPATED PAYMENTS-           -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW  FROM ESCROW  DESCRIPTION   ANTICIPATED      REQUIRED
                            ACTUAL STARTING BALANCE   884.39          884.39
JAN 20   442.16                              1326.55         1326.55
FEB 20   442.16                              1768.71         1768.71
MAR 20   442.16                              2210.87         2210.87
APR 20   442.16                              2653.03         2653.03
MAY 20   442.16                              3095.19         3095.19
JUN 20   442.16                              3537.35         3537.35
JUL 20   442.16                              3979.51         3979.51
AUG 20   442.16     3130.24   COUNTY TAX     1291.43         1291.43
SEP 20   442.16                              1733.59         1733.59
OCT 20   442.16                              2175.75         2175.75
NOV 20   442.16                              2617.91         2617.91
DEC 20   442.16     2175.75   HOMEOWNERS F ALP  884.32   RLP    884.32

------------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE -------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS         0.00.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00.
```

Page 1

603004_:          _000_20191210_0000.TXT

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT -------------------
        PRINCIPAL & INTEREST                              1178.33
        ESCROW (1/12TH OF ANNUAL ANTICIPATED               442.16
           DISBURSEMENTS AS COMPUTED ABOVE)
        PLUS: OPTIONAL INSURANCE PREMIUMS                    0.00
        PLUS: REPLACEMENT RESERVE OR FHA SVC CHG             0.00
        PLUS: SHORTAGE PAYMENT                               0.00
        MINUS: SURPLUS CREDIT                                0.00
        ROUNDING ADJUSTMENT                                  0.00
        MINUS: BUYDOWN/ASSISTANCE PAYMENTS                   0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 01/01/20     1620.49
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      884.32.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS       884.32.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
10/19      390.60       11/19      390.60     12/19        390.60
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
12/19     2175.75 HOMEOWNERS F/P           00/00       0.00
00/00        0.00                          00/00       0.00
00/00        0.00                          00/00       0.00

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secure the obligation remain unimpaired.

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| IN RE:<br><br>STEVEN RANDOLPH CURETON<br><br>DEBBYE STEVENS CURETON<br><br>Debtors | CASE NO. 15-10494<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE**

The undersigned certifies that this day a copy of the Notice of Mortgage Payment Change filed on December 11, 2019 was served upon the person listed below by mailing a copy of the same, properly addressed and postage prepaid via the United States Postal Service.

Steven Randolph Cureton
Debbye Stevens Cureton
4119 Tellmont Court
High Point, NC 27265

Damon Terry Duncan
Duncan Law, LLP
Suite 304
628 Green Valley Road
Greensboro, NC 27408

Anita Jo Kinlaw Troxler
PO Box 1720
Greensboro, NC 27402-1720

DATED: December 11, 2019

/s/ John W. Fletcher III
N.C. State Bar No. 15503
Henderson, Nystrom, Fletcher & Tydings, PLLC
831 East Morehead Street, Suite 255
Charlotte, NC 28202
Telephone: (704) 334-3400, ext. 203
jfletcher@hnftlaw.com
jgilleland@hnftlaw.com